No. 64876.—Walborg Corp. *v.* United States, protest 320019–K(B) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of handbags similar in all material respects to those the subject of Abstract 21973, the claim of the plaintiff was sustained as to item No. 2750, manufactured by Konstantin Ostheimer.

No. 64877.—N. J. Magnam Corp. *v.* United States, protest 266114–K (Boston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of plastic filaments similar in all material respects to the nylon tennis racket stringing the subject of Abstract 61832, the claim of the plaintiff was sustained.